IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BERTHRAND TABOT,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**FNU BIXLER, *et al.*,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 6:26-cv-03736-MDH** |

**<u>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS</u>**

Before the Court is Plaintiff's Pro Se Motion to Proceed *In Forma Pauperis*. (Docs. 1 and 2). Plaintiff requests that the Court permit him to proceed *in forma pauperis*. "Under 28 U.S.C. § 1915, the decision whether to grant or deny in forma pauperis status is within the sound discretion of the trial court." *Cross v. Gen. Motors Corp*., 721 F.2d 1152, 1157 (8th Cir. 1983).

The Court has reviewed the record and finds Plaintiff has met the provisions of 28 U.S.C. section 1915(e)(2) and Local Rule 83.7 to proceed in forma pauperis. It is hereby **ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* is **GRANTED**.

It is **FURTHER ORDERED** that:

(1) The Clerk of the Court is directed to file Plaintiff's Complaint (Doc. 1-2) as of the date of this Order.

(2) The Clerk of the Court is directed to forward appropriate process forms to Plaintiff.

(3) Within thirty (30) days, Plaintiff shall return the completed summons and service forms to the Clerk's office showing the address where Defendants may be served in accordance with Federal Rule of Civil Procedure 4.

(4) Upon receipt of the completed summons and service forms, the Clerk of the Court is directed to issue appropriate summons as authorized by Federal Rule of Civil Procedure 4, and deliver the summons, the Complaint, and a copy of this Order to the United States Marshal for service of process.

**IT IS SO ORDERED.**

Dated: November 16, 2026

*/s/ Douglas Harpool*

**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**